# Exhibit 2

This **AGREEMENT** is made of the        day of              (year)

**BETWEEN**

Of

Central Bank of Iraq of AL-Rasheed street, Baghdad, Iraq,
 (hereinafter called "the **Client**" of the one part
**AND**

Of

Cardno ME Ltd (hereafter CARDNO) as LEAD Consultant and Meinhardt Singapore PTE limited (Dubai Branch) (hereafter MEINHARDT) as Sub Consultant
(hereinafter referred to collectively as "the Consultants") of the other part.

**Whereas**

(a)  The Client has requested the Consultants to provide certain consulting services namely;

Supervision on Building the New Headquarter of Central Bank of Iraq, Jadiriyah, Baghdad

as defined in the General Conditions of Contract Attached to this Contract (hereinafter called the Services";and

(b)  The Consultants, having represented to the Client that they have the required professional skills, and personnel and technical resources, have agreed to provide the Services on the terms and conditions set in this Contract;

And the Client has accepted proposal by the Consultant for the performance of such services,

THE CLIENT AND THE CONSULTANAT AGREE AS FOLLOWS:

1.        This agreement is based upon the FIDIC Client/Consultant Model Services agreement 4th Edition 2006 as amended by the contracting parties.

2.        In this Agreement words and expressions shall have the same meanings as are Respectively assigned to them in Clause1 .1 of the General conditions.

3.        The following documents attached hereto shall be deemed to form and be read and construed as part of the Agreement namely:

a.    the Conditions f the FIDIC Client/Consultant Services Agreement [4th] Edition 2006 (Particular Conditions and General Conditions) as amended by the contracting parties.

b.    Consultant Joint Agreement between Cardno ME Ltd (hereafter **CARDNO**) and Meinhardt Singapore Pte Limited (hereafter **MEINHARDT**)

c.    Any Correspondence between the parties up to the award letter including but not limited to Terms of Direct Invitation (12.D/2015), Client's scope of work and Consultant's offer.

Certified to be a true and faredopy of the Original
Signature: ...................
Name: Mohamed Aamir Sheuch
Date: 21. 09. 2023
DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

- 1 -



d.   the Appendices, namely:

Appendix 1 - Scope of Services
Appendix2 –Personnel, Equipment, and Facilities& Services of Others provided
Appendix3 – Remuneration and Payment
Appendix4 - Time Schedule for the Services

4.      In consideration of the payment to be made by the client to the consultant hereinafter mentioned the Consultant hereby agrees with the Client to perform the Services in conformity with the provisions of the agreement.

5.      The Client hereby agrees to pay the Consultant in the consideration of the performance of the Services such amounts as may become payable under the provisions of the Agreement at the times and in the manner prescribed by the Agreement.

**In Witness** whereof the parties hereto have caused this agreement to be executed the day and the year above in accordance with the respective law

Authorized signature(s) of Client

In the presence of:

Name        Salih M. Salman

Signature

Address

Authorized signature(s) of Consultant

In the presence of:

Name        ROBERT PETHER                ARSAD HOSSAIN

Signature

                                                                Meishardt, Singapore

Address     U.A.E.

- 2 -

Certified to be a true and fair copy of the Original

Signature:..............

Name: Mohamed Aamir Sheush

Date: 21·09·2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

# Particular Conditions

## References from Clauses in the General Conditions

### 1.1 Definitions

1.1.2 The Project is the Central Bank of Iraq, new headquarters building in Jadiriyah, Baghdad, Iraq.

1.1.10 Commencement Date — the date of signature of the Agreement By the both Parties

1.1.11 Time for Completion — the date established considering the period of the Tender stage plus (48) months the period of construction stage .

1.3 Language for Communication — English

1.4 Language(s) of the Agreement — English and Arabic

Ruling language — English

Governing Law — Means legislation , regulations and instructions of the Iraqi and orders issued by any authorized in the Republic of Iraq legal authority

1.8 Notices — The following addresses to receive Notifications

Client' address — AL-Rasheed Street
Baghdad,
Iraq

Email — newbuilding@cbi.iq
Telephone number — +964 7809 171 659
Facsimile number — [TBA]

Consultant's address

Email — info@cardno.me
Telephone number — +971 503910137
Facsimile number

### 6.2 Duration of Liability

5 Years reckoned from the earlier of the date of completion or termination of the Consultant's Services under this Agreement

### 8.2 Mediation

8.2.3 Mediator Procedures — CEDR Model Mediation Procedure
8.3.2 Rules of Arbitration — International Chamber of Commerce

- 3 -

Certified to be a true and fair copy of the Original

Signature:

Name: Mohamed Aamir Sheikh

Date: 21 - 09 - 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

**General Conditions...............**

CONTENTS

1. GENERAL PROVISIONS.............

1.1 Definitions
1.2 Interpretation
1.3 Communications
1.4 Law and Language
1.5 Changes in Legislation
1.6 Assignment and Sub-Contracts
1.7 Copyright
1.8 Notices
1.9 Publication
1.10 Corruption and Fraud

2. THE CLIENT.........................

2.1 Information
2.2 Decisions
2.3 Assistance
2.4 Client`s Financial Arrangements
2.5 Equipment and Facilities
2.6 Supply of Client`s Personnel
2.7 Client`s Representative
2.8 Services of Others
2.9 Payment for Services



3. THE CONSULTANT..............

3.1 Scope of Services
3.2 Normal, Additional and Exceptional Services
3.3 Duty of Care and Exercise of Authority
3.4 Client`s Property
3.5 Supply of Personnel
3.6 Representatives
3.7 Changes in Personnel



4. COMENCEMENT, COMPLETION, VARIATION AND TERMINATION.......

4.1 Agreement Effective
4.2 Commencement and Completion
4.3 Variations
4.4 Delays
4.5 Changed Circumstance
4.6 Abandonment, Suspension or Termination
4.7 Corruption and Fraud
4.8 Exceptional Services
4.9 Rights and Liabilities of Parties



Certified to be a true and fair copy of the Original

Signature: ...........

Name: Mohqureod Aqmir Sreuch

Date: 21-09-2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

5. PAYMENT..........

5.1 Payment to the Consultant
5.2 Time for Payment
5.3 Currencies of Payment
5.4 Third Party Charges on the Consultant
5.5 Disputed Invoices
5.6 Independent Audit

6. LAIBILITIES.............

6.1 Liability and Compensation
6.2 Duration of Liability
6.3 Limit of Compensation
6.4 Indemnity
6.5 Exceptions

7. INSURANCE

7.1 Insurance for Liability and Indemnity
7.2 Insurance of Client`s Property

8. DISPUTES AND ARBITRATION .............

8.1 Amicable Dispute Resolution
8.2 Mediation
8.3 Arbitration





Certified to be a true and fair copy of the Original

Signature:...............................................

Name:... Mohammed Aamir Sheikh ...

Date: ... 21.09.2023 ...

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

- 5 -

## GENERAL Conditions

## 1. General Provisions
### 1.1
**Definitions**    The following words and expression shall have the meanings assigned to them except where the context otherwise requires:

1.1.1  "**Agreement**" means the Conditions o f the Client/Consultant Model Services Agreement (General   conditions and Particular conditions together with A appendix 1 [Scope of Services], Appendix 2 [Personnel, Equipment , Facilities and Services of Others to be Provided by the Client], Appendix 3 [Remuneration] Appendix 4  [Time Schedule for Services] ,and any letters of offer and acceptance , or otherwise as specified in the Particular Conditions .

1.1.2  "**Project**" means the project named in Particular Conditions for which the Services to be provided.

1.1.3  "**Services**" means the services defined in appendix 1 [Scope of services] to be performed by the Consultant in accordance with the Agreement which comprise Normal Services, Additional Services and Exceptional Services.

1.1.4  "**Works**" means the permanent works (if any) to be executed (including the goods and equipment to be supplied to the Client) for the achievement of the project.

1.1.5  "**Country**" means the country to which the project (or most of it) relates.

1.1.6  "**Party**" and "**Parties**" means the Client and the Consultant and "**Third party**" means any other person of entity as the context requires.

1.1.7  "**Client**" means the Party named in the Agreement, who employs the Consultant, and legal successors to the Client and permitted assignees.

1.1.8  "**Consultant**" means the professional firm or individual named in the Agreement, who is employed by the Client to perform the Services, and successors to the Consultant and permitted assignees.

1.1.9  "**FIDIC**" means the Federation International des Ingenieurs –Conseils , the  international federation of consulting engineers.

1.1.10  "**Commencement Date**" means the date stated in Particular Conditions.

1.1.11  "**Time for Completion**" means the time period stated for this purpose in the Particular Conditions.

Certified to be a true and fair copy of the Original

Signature:.......................

Name: Mohamed Aamir Shereh........

Date: 21.09.2023............

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

- 6 -

1.1.12 **"day"** means calendar day and **"year"** means 365 days.

1.1.13 **"Written"** or **"in-writing"** means hand-written, typewritten, printed or electronically made, and resulting in a permanent un-editable record.

1.1.14 **"Local Currency"** (LC) means the currency of the Country and **"Foreign Currency"** (FC) means any other currency.

1.1.15 **"Agreed Compensation"** means additional sums as defined in Appendix 3 [Remuneration and Payment] which are payable under the Agreement.

## 1.2
**Interpretation**

1.2.1 the marginal word and other heading in the Agreement shall not be taken into consideration in the interpretation of these Conditions.

1.2.2 The singular includes the plural and vice-versa where the context requires.

1.2.3 The documents forming this Agreement are to be taken as mutually explanatory of one another. If there is a conflict between these documents, the last to be agreed shall prevail, unless otherwise specified in Part B of the Particular Conditions.

1.2.4 Words indicating one gender include all genders

1.2.5 Provisions including the word "agree", or "agreement" require the agreement to be recorded in writing, and signed by both Parties.

## 1.3
**Communications**

1.3.1 Whenever provision is made for the giving or issue of any notice, instruction or other communication by any person, unless otherwise specified such communication shall be written in the language stated in the Particular Conditions and shall not be unreasonably withheld or delayed.

## 1.4
**Law and Language**

1.4.1 The Particular Conditions state the language or languages of the Agreement, the ruling language and the law which is to govern the Agreement.

1.4.2 notwithstanding clause 1.4.1 this Agreement has been prepared and agreed in the English language and is being translated to be executed in parallel in the Arabic language and the English language. For the avoidance of doubt in the event of the



Certified to be a true and fair copy of the Original
Signature:
Name: Mohamed Tamir Sleiser
Date: 21.09.2023
DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

translation of this Agreement or any part thereof or any such documents prepared pursuant to this Agreement into Arabic or any other language it shall continue to be construed and interpreted according to the English language version which shall prevail in the event of any conflict.

**1.5**
**Change in**
**Legislation**

1.5.1 If after the date of the Agreement the cost or duration of Services is altered as a result of changes in or additions to the laws or regulations in any country in which the services are required by the Client to be performed the agreed remuneration and time for completion shall be adjusted accordingly.

**1.6**
**Assignments and**
**Sub Contracts**

1.6.1 The Consultant shall not assign the benefits, other than money, from the Agreement without the written consent of the Client.

1.6.2 Neither the Client nor the Consultant shall assign obligations under the Agreement without written consent of the other Party.

1.6.3 The Consultant must not Assign ,transfer or subcontract all or part of its right or obligations under this Agreement Without the Client's Prior written approved .This approved may be refused without the need to give reasons ,except that ,in the case where the Consultant requests approved to subcontract to a related company of the Consultant, such approval shall not be unreasonably withheld.

The sub-contracting of any of the services shall not relive the Consultant from any liability or obligation under the Agreement.

If the Client decides for good reason that a sub-consultant is unsuitable, the Client can require the Consultant not to have that sub-consultant.

**1.7**
**Copyright**

1.7.1 The Consultant retains the design rights and other intellectual property rights and copyright of all documents prepared by him. The Client shall be entitled to use them or copy them only for which they are intended, and need not obtain the Consultant's permission to copy for such use.

**1.8**
**Notices**

1.8.1 Notices to be served under the Agreement shall be in non-electronic written forms and will take effect from receipt at the addresses stated in the Particular Conditions. Delivery can be hand or by



- 8 -

Certified to be a true and fair copy of the Original

Signature......

Name: Mohamed Aamir Sheikh

Date: 21·09·2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

facsimile message against a written confirmation of receipt or by registered letter or by telex subsequently confirmed by letter.

**1.9**
**Publication**

1.9.1 Unless otherwise specified in the Particular Conditions, the Consultant, either alone or jointly with others, must not make any public or media statement to anyone about this Agreement, or publish material relating to the Services or the works without the Client written approval.

1.9.2 Subject to clause 1, this Agreement is strictly private and confidential and the parties shall not reveal to any third party (except as expressly agreed or as obligation by law) any information exchanged between them, if and to extent that is stated or know by them to be confidential, and shall use such information only for the purpose of the Project.

1.9.3 All reports and data, information, maps, charts, databases and software that may be collected or attended by the consultant to the employer through the provision and implementation services, are confidential and become and remain the ownership of the employer, unless stated otherwise in the conditions of the contract.
The consultant must be all of these documents were handed over to the employer termination or withdrawal of action as soon as, the right to the consultant shall keep a copy of these documents, data, and software that are not used for purposes not related to this contract only after obtaining the prior consent of the employer.

1.9.4 excluded from this article special rights of software-licensing agreements owed between the consultant and other parties where required special conditions required by the service

**1.10**
**Corruption and**
**Fraud**

1.10.1 In the performance of obligations under this Agreement, the Consultant and his agents and employees shall comply with all applicable laws, rules, regulations and orders of any applicable jurisdiction, including the OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. The Consultant herby represents, warrants and covenants that he will neither receive nor offer, pay or warrants

- 9 -



Certified to be a true and fair copy of the Original
Signature: ...........................
Name: Mohamed Aamir Creuel
Date: 21. 09. 2023
**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

and covenants that he will neither receive nor offer, pay or promise to pay either directly or indirectly, anything of value to a "public official" (as defined below) in connection with any business opportunities which are the subject of this Agreement. Furthermore, the Consultant shall notify the Client immediately in written with full particular in the event that the Consultant receives a request from any public official requesting illicit Payments.

1.10.2 A public official is:

(a) Any official or employee of any government agency or government –owned or controlled enterprise;
(b) Any person performing a public function;
(c) Any official or employee of a public international organization, such as The World Bank;
(d) Any candidate for political office; or
(e) Any political party or an official of a political party.

**The Client**
**2.1**
**Information**

2.1.1 In order not to delay the Consultant in the performance of the Services, the Client shall within a reasonable time give to the Consultant free of cost all information which may pertain to the Services which the Client is able to obtain. And the consultant shall be entitled to rely on such information and documentation in carrying out the Service.

**2.2**
**Decisions**

2.2.1 On all matters properly referred to him in writing by the Consultant. The Client shall give his decision in writing within a reasonable time so as not to delay the Services.

**2.3**
**Assistance**

2.3.1 In the Country and in Respect of the Consultant, his personnel and dependents, as the case may be, the Client shall do all in his power to assist in:

(a) the provision of documents necessary for entry, residency, working and exit;
(b) providing unobstructed access wherever it is required for the Services;
(c) import , export and customs clearance of personal effect and of goods required for the Services;
(d) their repatriation in emergencies;
(e) the provision of the authority necessary to permit the important of foreign currency by the Consultant for the

- 10 -



Certified to be a true and fair copy of the Original

Signature:

Name: Mo hamed Aamir Geller

Date: 21 . 09 . 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

Services and by his personnel for their personal use and to permit the export of money earned in the performance of the services; and

(f) providing access to other organizations for collection of information which is to be obtained by the Consultant.

**2.4**
**Client's Financial Arrangements**

2.4.1 The Client shall submit, within 28 days after receiving any request from the Consultant, reasonable evidence that financial arrangements have been made and are being maintained which will enable the Client to pay the Consultant's fees in accordance with Appendix 3 [Remuneration and Payment]

**2.5**
**Equipment and Facilities**

2.5.1 The Client shall make available, free of cost, to the Consultant for the purpose of the Services the equipment and facilities described in Appendix 2 [Personnel, Equipment, Facilities and Services of Other to be Provided by the Client]

**2.6**
**Supply of Client's Personnel**

**Not Applicable**

**2.7**
**Client's Representative**

2.7.1 The Client shall designate an official or individual to be his representative for the administration of the Agreement.

2.7.2 The Client Representative shall exercise the powers of the Client under the Agreement. The Client shall notify the Consultant the name, telephone number and email address of the Client Representative within twenty-one (21) days of the date of This Agreement. Should the Client Representative change, the Clients shall Immediately notify the Consultant in writing, with details of the new Client Representative.

**2.8**
**Services of Others**

2.8.1 The Client shall at his cost arrange for the provision of services from others as described in Appendix 2 [Personnel, Equipment, Facilities and Services of Others to be Provided by the Client] and the

- 11 -



Certified to be a true and fair copy of the Original

Signature:....................

Name:... Mohamed Aamir Sheikh

Date:... 21.09.2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

Consultant shall co-operate with the suppliers of such services but shall not be responsible from them or their performance.

**2.9**
**Payment for**
**Services**

2.9.1 The Client shall pay the Consultant for the Services in accordance with Section 5 of this Agreement

## The Consultant

**3.1**
**Scope of Services**

3.1.1 The Consultant shall perform the Services as stated in Appendix 1 [Scope of Services]

**3.2**
**Normal,**
**Additional and**
**Exceptional**
**Services**

3.2.1 Normal and Additional Services are those described as such in Appendix 1 [Scope of Services].

3.2.2 Exceptional Services are those which are not Normal or Additional Services but which are necessarily performed by the Consultant in accordance with Clause 4.8.

**3.3**
**Duty of Care and**
**Exercise of**
**Authority**

3.3.1 The Consultant shall have no other responsibility than to:
   a) The responsibilities that have been identified under this Convention.
   b) The Specific responsibilities under the laws and legislation in force governing this Agreement.
   c) exercise reasonable skill, care and diligence in the performance of his obligations under the Agreement.

3.3.2 Where the Services include the exercise of powers or performance of duties authorized or required by terms of a contract between the Client and any third party, the Consultant may:

(a) have due regard to the third party contract provided that the details of such powers and duties are acceptable to him and agreed in writing where they are not described in Appendix 1 [Scope of Services];

(b) if authorized to certify, determine or exercise discretion to do so fairly between the Client and third party not as arbitrator but as an independent professional exercising his judgement with reasonable skill, care and diligence; and

- 12 -

Certified to be a true and fair copy of the Original

Signature: ...................

Name: Mohamed Aamir Sheikh

Date: 21 . 09 . 2023

**DLA Piper Middle East LLP**
P.O. Box: 121662, Dubai, UAE

(c) if so authorized vary the obligations of any third party, subject to obtaining the prior approval of the Client to any variation which can have an important effect on costs or quality or time (except in any emergency when the Consultant shall inform the Client as soon as practicable).

**3.4**

**Client's Property**

3.4.1 Anything supplied by or paid for by the Client for the use of the Consultant shall be the property of the Client and where practicable shall be so marked.

**3.5**

**Supply of Personnel**

3.5.1 The personnel who are proposed by the Consultant to work in the Country shall be subject to acceptance by the Client with regard to their qualification.

**3.6**

**Representatives**

3.6.1 For the administration of the Agreement the Consultant shall designate an official or individual to be his representative.

3.6.2 if required by the Client, the Consultant shall designate an individual to liaise with the Client's representative in the Country.

**3.7**

**Changes in Personnel**

3.7.1 If it is necessary to replace any of the personnel provided by the Consultant, the Consultant shall arrange for replacement by a person of comparable competence as soon as reasonably possible.

3.7.2 The cost of such replacement shall be borne by the Consultant except where the replacement is requested by the Client, and in such case:

(a) the request shall be in writing stating the reasons for it; and

(b) the Client shall bear the cost of replacement unless it is agreed that misconduct or inability to perform satisfactorily is accepted as the reason for the replacement by the Consultant.

## 4 Commencement, Completion, Variation and Termination

**4.1**

**Agreement Effective**

4.1.1 The Agreement is effective from the date of receipt by the Consultant of the Client's letter of acceptance of the Consultant's proposal or the date of the latest signature necessary to complete the formal Agreement, if any, whichever is later.

**4.2**



- 13 -

Certified to be a true and fair copy of the Original

Signature:..............................

Name:...Mohamed Aamir Sheikh...

Date:...21.09.2023...

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

**Commencement
And Completion**

4.2.1 The Services shall be commenced on the Commencement Date, shall proceed in accordance with the Time Schedule in Appendix 4 [Time Schedule for Services], and shall be completed within the time for Completion, subject to extension in accordance with the Agreement.

**4.3
Variations**

4.3.1 The Agreement can be varied on application by either Party by written agreement of the Parties.

4.3.2 If requested by the Client in writing, the Consultant shall submit proposals for varying the Services. The preparation and submission of such proposals shall be an Additional Service.

4.3.3 The Consultant shall not be required to commence the varied Services until such time as the Client has given his written approval of the fees associated with the varied Services.

**4.4
Delays**

4.4.1 If the Services are impeded or delayed by the Client or his contractors so as to increase the scope, cost or duration of the Services:

(a) the Consultant shall inform the Client of the circumstances and probable effects;

(b) the increase in scope and/or costs shall be regarded as Additional Services; and

(c) the time for completion of the Services shall be increased accordingly

**4.5
Changed
Circumstances**

4.5.1 if circumstances arise for which neither the Client nor the Consultant is responsible and which make it irresponsible or impossible for the Consultant to perform in whole or in part the Services in accordance with the Agreement he shall promptly dispatch a notice to the Client.

4.5.2 In these circumstances:

(a) if certain Services have to be suspended, the time for their completion shall be extended until the circumstances no longer apply plus a reasonable period no exceeding 42 days for resumption of them; and

(b) if the speed of performing certain Services has to be reduced, the time for their completion shall be extended as may be made necessary by the circumstances.

- 14 -



Certified to be a true and fair copy of the Original

Signature: .................

Name: Mohamed Aamir Sherer

Date: 21.09.2023

**DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE**

**Abandonment Suspension or Termination**

4.6.1 The Client may suspend all or part of the Services or terminate the Agreement by giving at least 56 days' notice to the Consultant, and the Consultant shall immediately make arrangements to stop the Services and minimize expenditure.

4.6.2 If the Consultant is, without good reason, not discharging his obligations the Client may inform the Consultant by notice stating the grounds for the notice. If a satisfactory response is not received within 21 days the Client may by a further notice terminate the Agreement provided that such further notice is given within 35 days of the Client's former notice.

4.6.3 After giving at least 14 day's notice to the Client, the Consultant may, by a further notice of at least 42 days, terminate the Agreement, or at his discretion, without prejudice to the right to terminate, may suspend or continue suspension of performance of the whole or part of the Services:

(a) when 28 days after the due date for payment of an invoice he has not received payment of the part of which has not by that time been contested in writing; or

(b) when Services have been suspended under either Clause 4.5 or Clause 4.6.1 and the period of suspension has exceeded 182 days.

**4.7 Corruption and Fraud**

4.7.1 If it is shown that the Consultant is in breach of Clause 1.10 and notwithstanding any penalties or other sanctions to which the Consultant may be subject under the law of the Country, or in other jurisdictions, the Client will be entitled to terminate the Agreement in accordance with Clause 4.6.2 and the Consultant shall be deemed to have breached Clause 3.3.1

**4.8 Exceptional Services**

4.8.1 Upon the occurrence of Circumstances described in Clause 4.5 or abandonment or suspension or resumption of Services or upon termination of the Agreement otherwise than under the provisions of Clause 4.6.2 any necessary work or expense by the Consultant extra to the Normal and Additional Services shall be regarded as Exceptional Services.

- 15 -



Certified to be a true and fair copy of the Original

Signature: ........................

Name: Mohaned Aamir Sheula

Date: 21 . 09 . 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

**4.8.2** The Performance of Exceptional Services shall entitle the Consultant to extra time necessary for their performance and to payment for performing them.

**4.9**
**Rights and**
**Liabilities of Parties**

**4.9.1** Termination of the Agreement shall not prejudice or affect the accrued rights or claims and liabilities of Parties.

**4.9.2** After termination of the Agreement, the provisions of Clause 6.3 shall remain in force.

## 5 Payment
**5.1**
**Payment to**
**the Consultant**

**5.1.1** The Client shall pay the Consultant for Normal Services in accordance with the Conditions and with the details stated in Appendix 3 [Remuneration and Payment] and shall pay for Additional Services at rate and prices which are given in or based on those in Appendix 3 [Remuneration and Payment ] so far as they are applicable but otherwise as are agreed in accordance with Clause 4.3.

**5.1.2** Unless otherwise agreed in writing the Client shall pay the Consultant in respect of Exceptional Services:

(a) as for Additional Services for extra time spent by the Consultant's personnel in the performance of the Services; and

(b) the net cost of all other extra expense incurred by the Consultant.

**5.1.3** Where the Client has required the Consultant to appoint selected Consultant as the Consultant's sub-Consultant, fees owed to those sub-Consultant shall be due to the Consultant in addition to the Consultant's own fees.;

**5.1.4** All the Payments are subject to 3.75% deduction from each invoice payment, as mentioned in Appendix 3 [Remuneration and Payment] for the taxation purpose.

**5.1.5** The Consultant shall pay 5% Performance Bond of the total contract in the form of an endorsed check or a letter of guarantee issued by recognized bank via Central Bank of Iraq. The Performance Bond amount will be released to

- 16 -



Certified to be a true and fair copy of the Original

Signature:.....................

Name: Mohamed Aamir Sheue

Date: 21 · 09 · 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

the Consultant after completion of all his services according to the Agreement.

5.1.6 The Consultant is subject to Notarisation fees of (0.2%) in a thousand of the total value of the contract; towards Notary and stamp duty in accordance with valid Iraqi Law.

**5.2**
**Time for Payment**

5.2.1 The client shall pay the consultant the amounts due to the Consultant prior to the final date for payment, which shall be 30 days from the date of the client's receipt of the consultant invoice. The Client shall confirm to the Consultant the date of receipt of each hard copy original invoice on the first working day.

5.2.2 The client shall not withhold any payment of any fee properly due to the consultant without giving the consultant notice of his intention to withhold payment , with reasons, no later than four days prior to the final date for payment. If no such notice of an intention to withhold payment is given then the consultants hall have an enforceable Contractual right to such payment.

**5.3**
**Currencies of**
**Payment**

5.3.1 The currencies applicable to the Agreement are those stated in Appendix 3 [Remuneration and Payment].

5.3.2 If at the date of the Agreement or during the performance of the Services the conditions in the Country are such as may, contrary to the Agreement,

(a) prevent or delay the transfer abroad of Local or Foreign Currency payments received by the Consultant in the Country; or

(b) restrict the availability or use of Foreign Currency in the Country; or

(c) impose taxes or differential rates of exchange for the transfer from abroad of Foreign Currency into the Country by the Consultant for Local Currency expenditure and subsequent re-transfer abroad of Local Currency up to the same amount such as to inhibit the Consultant in the performance of the Services or to result in financial disadvantage to him;

Then the Client warrants that such circumstances shall be deemed to justify the application of Clause 4.5 if



Certified to be a true and fair copy of the Original

Signature: .................

Name: Mohamed Aamir Shaikh

Date: 21·09·2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

- 17 -

alternative financial arrangements are not made to the satisfaction of the Consultant.

**5.4**
**Third Party**
**Changes on the**
**Consultant**

5.4.1 Except where specified in the Particular Conditions or Appendix 3 [Remuneration and Payment];

(a) the Client shall whenever possible arrange that exemption is granted to the Consultant and those of his personnel who are not normally resident in the Country from any payments required by the Government or authorized third parties in the Country which arise from this agreement in respect of:

    (i) their remuneration

    (ii) their imported goods other than food and drink

    (iii) goods imported for the Services

    (iv) documents;

(b) whenever the Client is unsuccessful in arranging such exemption he shall reimburse the Consultant for such payments properly made;

(c) provided that the goods when no longer required for the purpose of the Services and not the property of the Client:

    (i) shall not be disposed of in the Country without the Client's approval;

    (ii) shall not be exported without payment to the Client of any refund or rebate recoverable and received from the Government or authorized third parties.

**5.5**
**Disputed Invoice**

5.5.1 If any item or part of an item in an invoice submitted by the Consultant is contested by the Client, the Client shall give a notice of his intention to withhold payment with reasons and shall not delay payment on the remainder of the invoice. Clause 5.2.2 shall apply to all contested amounts which are finally determined to have been payable to the Consultant.

**5.6**
**Independent Audit**

5.6.1 The Consultant shall maintain up-to-date systematic accounts records in respect of the Services hereunder ,and in such form and detail as will clearly identify all relevant time charges, and cost ,and the basis, and shall permit the Client thereof, which clearly

- 18 -



Certified to be a true and fair copy of the Original

Signature: .................

Name: Mohamed Aamir Sheikh

Date: 21 . 09 . 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

identify relevant time and expense and shall make these available to the Client on reasonable request.

We have to believe these documents to the competent authorities at the request of the employer for site inspection and audit records in the project and in accordance with Iraqi laws in force .

**5.7**
**Stand by Letter**
**Of Credit**

5.7.1 Any amounts due and payable to the consultant pursuant to this Agreement shall be secured by an irrevocable and confirmed letter of Credit issued from TBI (Trade Bank of Iraq).

5.7.2 The Client shall procure and provide the Consultant with Letter of Credit in favor of the Consultant within (14) days of the date of the signature of this Agreement by both Parties.

5.7.3 The Letter of Credit shall be for the maximum aggregate amount of (33,312,776.00) US $ (in words **Thirty Three Million Three Hundred twelve Thousand Six hundred Ninety Eight US Dollars**). and shall be valid to be paying to the Consultant according to this Agreement. Where the TBI receive a notice from the first party for launching the Consultant's payment under the invoices submitted, during the 30 days from the date of invoice submission by the second party.

**5.8**
**Performance**
**Bond**

5.8.1 The consultant shall, within 14 days of the date of the signature of this Agreement by both parties, furnish to the client a performance bond in an amount equal to 5 per cent of the total amount of the contract in force up to fulfill. must be submitted to ensure good performance in the form of a letter of guarantee issued by the Trade Bank of Iraq to be valid (48) month from the date of Letter of Guarantee.

**6 Liabilities**
**6.1**
**Liability and**
**Compensation**
**between the Parties**

6.1.1 The Consultant shall only be liable to pay compensation to the Client arising out of or in connection with the Agreement if a breach of Clause 3.3.1 is established against him.

6.1.2 The Client shall be liable to the Consultant if a breach of his duty to the Consultant is established against the Client



- 19 -

Certified to be a true and fair copy of the Original

Signature:.......

Name:..Mohamed Aamir Sheikh..

Date:..21 . 09 . 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

**6.1.3** If it is considered that either Party is liable to the other, compensation shall be payable only on the following terms:

(a) such compensation shall be limited to the amount of reasonably foreseeable loss and damage suffered as a result of such breach, but not otherwise;

(b) in any event, the amount of such compensation shall be limited to the amount specified in Clause 6.3.1;

(c) if either Party is considered to be liable jointly with third parties to the other, the proportion of compensation payable by that Party shall be limited to that proportion of liability which is attributable to his breach.

## 6.2
## Duration of Liability

**6.2.1** Notwithstanding anything else in this Agreement or any legal requirement of the Country or any other jurisdiction (including, for the avoidance of doubt, the jurisdiction of the place of establishment of the Consultant), neither the Client nor the Consultant shall be considered liable for any loss or damage resulting from any occurrence unless a claim is formally made on him before the expiry of the relevant period stated in the Particular Conditions.

## 6.3
## Limit of
## Compensation

**6.3.1** The maximum amount of compensation payable by either Party to the other in respect of liability under Clause 6.1 is limited to the amount stated in the Particular Conditions. This limit is without prejudice to any Agreed Compensation specified under Clause 5.2.2 or otherwise imposed by the Agreement.

**6.3.2** Each Party agree to waive all claims against the other in so far as the aggregate of compensation which might otherwise be payable exceeds the maximum amount payable.

**6.3.3** If either Party makes a claim for compensation against the other Party and this is not established the claimant shall fully reimburse the other for his costs incurred as a result of the claim.

## 6.4
## Indemnity

**6.4.1** So far as the law governing this Agreement permits, the Client shall indemnify the Consultant against the adverse effects of all claims including claims by third parties which arise out of or in connection with the Agreement including any made after the expiry of the period of liability referred to



This is a true and fair copy of the Original

Signature: ...............

Name: Mohammed Aamir Shreen

Date: 21. 09. 2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

- 20 -

in Clause 6.2 except insofar as they are covered by the insurances arranged under the terms of Clause 7.1

## 6.5
## Exceptions

6.5.1 Clauses 6.3 and 6.4 do not apply to claims arising;
(a) from deliberate default, fraud, fraudulent misrepresentation or reckless misconduct, or
(b) otherwise than in connection with the performance of obligations under the Agreement.

## 7 Insurance
## Insurance for Liability and Indemnity

7.1.1 At written request of the Client the Consultant shall make reasonable effort:
a) insure against his liability under Clause 6.1; or
b) increase his insurance against liability under Clause 6.1 over that for which he was insured at the date of the Client's first invitation to him for a proposal for the Services; and
c) insure against public/third party liability; or
d) increase his insurance against public/third party liability over that for which he was insured at the date of the Client's first invitation to him for a proposal for the Services; and
e) insure or increase any other insurance required by the Client.

7.1.2 The cost of the insurance arising under this Clause 7.1 known at the time of appointment shall be deemed to be incorporated into the Consultant's fees.

7.1.3 Any increase or variation in such insurance arising under this Clause 7.1 after the appointment has been agreed shall be at the expense of the Client.

## 7.2
## Insurance of Client's Property

7.2.1 Normally, the properties referred to in section 2.5 and detailed in Appendix 2, are provided to the Consultant through the Contractor and consequently it is the General Contractor who should provide insurance for such.

## 8.Disputes and Arbitration
## 8.1
## Amicable Dispute Resolution

8.1.1 If any dispute arises out of, or in connection with this Agreement, representatives of the Parties with authority to

- 21 -

Certified to be a true and fair copy of the Original

Signature..................

Name: Mohammed Aamir Shaikh.....

Date: 21· 09· 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

settle the dispute will, within 14 days of a written request from one Party to the other, meet in a good faith effort to resolve the dispute. If the dispute is not resolved at that meeting, the Parties will attempt to settle it by mediation in accordance with Clause 8.2.

**8.2**
**Meditation**

8.2.1 Unless otherwise agreed between the Parties or stated in the Particular Conditions, the Parties shall attempt to agree upon a neutral mediator from a panel list held by the independent meditation center named in the Particular Conditions. Should the Parties be unable to agree within 14 days of a notice from one Party to the other requesting meditation then either Party may request that a mediator be appointed by the President of FIDIC. The appointment by the President shall be binding on the Parties unless they agree to another named mediator at any time.

8.2.2 When the mediator has been appointed on his terms and conditions of engagement, either Party can initiate the mediation by giving the other Party a notice in writing requesting a start to the meditation. The meditation will start not later than 21 days after the date of the notice.

8.2.4 All negotiations or discussions carried out in the meditation shall be conducted in confidence and are not to be referred to in any concurrent or subsequent proceedings, unless they conclude with a written legally binding agreement. If the Parties accept the mediator's recommendations, or otherwise reach agreement on the resolution of the dispute, such agreement shall be recorded in writing and, once signed by the designated representatives, shall be binding on the Parties.

8.2.5 If no agreement is reached, either Party may invite the mediator to provide to both Parties a nonbinding opinion in writing on the dispute. Such opinion shall not be used in evidence in any concurrent or subsequent proceedings, without the prior written consent of both Parties.

8.2.6 The Parties will bear their own costs of preparing and submitting evidence to the mediator. The costs of the meditation and of the mediator's services shall be borne equally between the Parties unless otherwise agreed and recorded in accordance with Clause 8.2.3

8.2.7 No Party may commence an arbitration of any dispute relating to this Agreement until it has attempted to settle the dispute with the other Party by meditation and either the meditation has terminated or the other Party may commence arbitration if the dispute has not been settled within 90 days of the giving of the notice under Clause 8.2.2

- 22 -



Certified to be a true and fair copy of the Original

Signature ..................................

Name: Mohamed Ammir Sreier

Date: 21.09.2023 ..................................

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

**8.3**
**Arbitration**

8.3.1 If the meditation fails then the Parties will attempt jointly to make a written record of those matters (if any) relating to the dispute which have been agreed to by them, for submission in any later arbitration. The mediator's role will cease, at the latest, upon the commencement of any arbitration. The mediator will not be available to appear as a witness in the arbitration, not to provide any additional evidence obtained during the meditation.

8.3.2 Unless stated otherwise in the Particular Conditions, any arbitration arising out of or in connection with this Agreement shall be undertaken under the Rules of Arbitration of the International Chamber of Commerce by one or more arbitrators appointed in accordance with the said Rules.



Certified to be a true and fair copy of the Original

Signature: .......................

Name: Mohammed Aamir Creiur

Date: 21.09.2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

## Appendix 1

## SCOPE OF SERVICES & deliverables by the Consultant

The scope of services falls under the traditional very well defined duties of the Engineer as per the typical type of international contracts and in particular and accurately under the standards type of contract which defined the rules, scope and limitations of the consultant.

The scope of services is extended to cover the overall site inspections activities including the work and documentations that's generated by the contractor on site for the purpose of executing the works.

The Consultant have important responsibility towards the overall construction management including contract administration, variations, cost, quality, time and schedule. The Consultant will be the party to finally accept and certify the works and issue the relevant certificates.

The Consultant shall assist the Client in the Tender stage by providing highly qualified managers with extensive experience in the field of cost, contract, and construction to participate in this stage and ensure the project will be handed over to reliable and qualified contractor who is capable and equipped with suitable experience and resources to build such innovative and creative project.

### Liability of Design

The original designer (ZHA) carried out the design which is expected to be full and complete. The design calculations, design assumptions such as loads, wind, temperature and dynamic impact, seismic actions and other all had been assumed by the original designer. Accordingly, the design liability (including structural, and mechanical, fire, etc..) fall entirely under the original designer's responsibility.

Consequently, the Consultant is not authorized at any time to alter any aspect of the design as this will be considered a violation of the original designer's design and liability.

The Consultant will however, review all contractor's submittals and all aspects of site works to ensure compliance with the provided design drawings & specifications. On the other hand, if the Consultant finds areas where modifications are required due to wrong assumptions or incorrect details in the provided designs then such cases will be forwarded to the original designer requesting them to correct, add details, or provide alternatives.

### Design Intent

The CBI would like to ensure that the creative design made by the original designer is being respected during construction. The subject here relates purely to architecture and interior. The original designer will be consulted on as needed basis by the Consultant to ensure design intent is respected. Such consultations will be in the scope of the Consultant and payable by the Consultant to the original designer.

- 24 -

Certified to be a true and fair copy of the Original

Signature:.....................

Name:. Mohamed Aamir Sheeur....

Date:. 21. 09. 2023...........

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

Additionally, in order to further ascertain compliance with the design intent, the Consultant will invite the original designer team (up-to two consultants at a time) for 3-5 days duration on quarterly basis to attend onsite to review with the Consultant compliance with the design intent. The cost of these visits will be shared between the CBI ( or the construction company) & the Consultant.

The Consultant shall ensure that all observations made during the periodic visits by the **Architects /Engineers** about the quality of the work are attended by the Contractor.

The Consultant shall determine the Contractor's obligations to: Build a comprehensive Building Information Model (BIM), employ the BIM model Building Assembly Model (BAM) during construction stage, and employ BIM for Building Optimized Operations Model (BOOM) for the optimization of the building operations once in use. Furthermore, the Consultant shall determine the Contractor's obligation for training CBI staff on BIM related issues.

**DESIGN WORKS –IF INSTRUCTED**

The Client will instruct the contractor to carry out the following disciplines to be integrated into the design:

Security Strategy (Business S systems)
IT systems and equipment
High Technology fit out equipment such as but not limited to: vault systems, valuables
Handling systems, specialist security installations, specialist communications systems etc,
Any systems in connection with military installations.

OBLIGATIONS

The consultant shall audit and approve the schematics and specifications which have been prepared by the Contractor for the specialist items described above, In addition, the Consultant shall consult with the original **Zaha Hadid Architect (ZHA)** if any of these designs would have an impact on the design intent.

**SERVICES DURING TENDERING STAGE**

**STAGE DESCRIPTION**

The tender stage is not yet issued and is currently under preparation. The Consultant shall provide assistance in RFP formulation and technical assessment to the bidders tender and provide advice /opinion on any deviations, exclusions or alternatives .The Consultant shall provide ranking financial and technical and will provide areas of negotiations and full assistance to the Client.

The programe will be the following

1.  Tender Document Received by the Client

2.  Client Invitation to Start the Review of the submitted bids

3.  Arrival and start up

- 25 -

Certified to be a true and fair copy of the Original

Signature: ........................

Name: Mohamed tamir Shaun

Date: 21·09·2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

4. Review/study

5. Initial finding report

6. Further communication with the bidders in light of the initial finding report

7. Bidders clarifications Received

8. Issuing the second finding /recommendation report

9. Short listing the bidders

10. Further Communication with bidders/client and internal approval

11. Final recommendation report

12. Approval and award letter

**OBLIGTIONS**

The consultant will provide a professional team led by highly qualified professional director who will oversee the whole process and manage the team plus he will be the responsible to report to the Client management and communicate with them for all the necessary day to day communication from the beginning of the task and up to the successful award of the project .

The Consultant team shall include experts in tender commercial analysis, expert in contract and contractual related issues, technical manager who will evaluate the exclusion or any technical related conditions.

The Consultant commits to appoint a lawyer or legal adviser including the team work the Tendering Stage in order to the provisions of the conditions of the implementation Contract with the Contractor

The Consultant will provide negotiation support services included the following,

a) Assist in formulation RFP

b) Determine or evaluate the bidders offers technically and financially

c) Determine exclusions and conditions for each bidder-if any

d) Respond to RFIs that may be issued the bidders after consultations with the project designers and the Client.

e) Prepare evaluation matrix for ranking the best bidders technically and financially

f) Attend meeting if needed or if called by the Client to share option and provide any supporting information's (during the bidding stage).



Certified to be a true and fair copy of the Original

Signature:.................

Name:...Mohammed Aamir Sheikh...

Date:...21·09·2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

- 26 -



The Consultant will start from the time of receiving the letter of award and it will include the following,

**Stage a-Tender Preparation**

Manage the overall tendering process and prepare to the Client the best forms or options of contract conditions and contractual related terms, including the following,

- Tender Invitation
- Tendering Brief and Scope
- Instructions to Tenderers
- General Conditions
- Conditions of Particular Applications
- Form of Tender
- Identifying potential vendors, setting (in advance) criteria against which to rate any tenders
- Set up contractual millstones and related liquidated damages
- Specimens of Insurance, Performance guarantee and advance payment certificates

**Stage b- tendering Process**

- Manage and Control the tendering process including the following,
- Set up communication protocol during the process of tendering
- Set up the process of internal approvals during the process of tendering
- Lead, manage and record the tendering communications
- Prepare the response to the tenderers queries. Technically, commercially or contractually after due contractually after due consultations with Client

**Stage c-Tendering Review and Evaluation**

Attend tender opening ceremony
After close consultation with the Client or points system
Log, record and review the tender received documents and provide comprehensive evaluation report, including the following,

**Technical Evaluations, Weighting & Ranking**
- Tenderers overall compliance with the tender requirements
- Tenderers overall quality of the documents submittals
- Tenderers overall understanding the scope of work and the project particulars
- Tenderers staff qualifications and team organizations
- Tenderers programme and schedule
- Tenderers plant and manpower
- Tenderers qualifications in terms of construction methodology method statement
- Tenderers financial capability
- Tenderers special conditions
- Tenderers technical exclusions or qualification

Certified to be a true and fair copy of the Original

Signature:.................................

Name:. Mohammed Aamir Sheikh..

Date:. 21.09.2023.................

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**



### Commercial Review/Analysis

- Review arithmetical errors
- Correct all Values
- Rank the Bidders
- List exclusions or special conditions
- With due consultations with the Client, carry out the following,
    - Identify areas of unrealistic prices
    - Highlight areas of possible negotiations
    - Prepare list point that may require to be communicated further with the bidders for clarity

### Award

- Draft Letter of Award
- Supervise the execution of the form of contract
- Ensure compliance with insurance, bonds, warranted etc.
- Ensure completeness of the contract documentations including the tender documents, the tender addendums, the tender communications and any other post tender communications all are included in the final set of contract.

## SERVICES DURING CONSTRUCTION STAGE

### STAGE DESCRIPTION

The consultant shall administer and supervise the construction contract on behalf of CBI, and ensuring that design is completed and built according to the intended design of the tender as a basic condition.

The consultant is to form the supervising and site team who will undertake the following issues:

- Supervise and follow –up the work progress implementation for all field conducted by the contractor.

- To be authorized by the CBI as an agent in all applications of statutory permission required for the Work.

### OBLIGATIONS

The Consultant shall be the general administrator and coordinator of the construction activities of the Contractor on site along the construction stage, and shall facilitate the exchange of technical and contractual information with the Contractor.

The Consultant shall provide the technical and site supervision services plus the cost and contractual support services along the construction stage with the shared scope that agreed or may adjusted or modified as per the need of the project and include any support that may be required from the original project designer **Zaha Hadid Architect (ZHA)**.

Certified to be a true and fair copy of the Original

Signature: .....................................

Name: ..... Mohaned Aamir Sheikh

Date: ..... 21 - 09 - 2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**



The Consultant services shall cover the overall site inspection activities including the work and documentations that's generated by the contractor on site for the purpose of executing the works.

The Consultant Services shall include supervision of the existing pump station moving works from its current location to a new one according to the prepared designs, as that is considered as Normal Services.

The Consultant services shall include but limited the following main topics during the site supervision:

a) **Control and Administration**

Document Management: The Consultant shall develop, implement, and maintain document control system procedures in order to control the projects' documents and records. This procedure shall be implemented by all parties involved in the project to maintain the consistency of the types of the projects documents and its records.

The document control system and procedures shall define the treatment of the projects documents as follow:

- Identify the documents with the proper identification number.

- Approve the documents prior to issue and distribution.

- Review, updates as necessary, and re –approve the documents.

- Ensure that changes and current revision status of documents are identified.

- Ensure that relevant versions of applicable documents are available at points of use.

- Ensure that documents of external origin are identified and their distribution controlled.

- Maintain a proper tracking system for the documents prepared or received by the contractors and Supervision Consultants.

- Apply the document control procedures to all projects documents, either hard copies or electronic documents.

Online Document Control System

The Consultant shall create, develop, and manage Online Projects Document Control System provided by the General Contractor from well-known system providers worldwide. The system shall be based on a remote web access, large capacity server. The documents will be distributed and registered on line in their

Certified to be a true and fair copy of the Original

Signature: 

Name: Mohamed Tamir Shenul

Date: 21.09.2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

- 29 -



The online document control system is the ultimate system providing paper-free solutions and environment friendly office management.

The using of online document management system shall provide a secure and reliable system for managing project information of any size in construction, engineering, and facilities management.

b) **Reviews and Approvals**

- Drawings approvals
- Material approvals
- Method of constructions, review and Approval
- Sub-contractors, review and approval
- Construction payment
- Contractor estimates of cost variation
- Close out documents
- Inspection
- Initial site inspection
- Inspection of ongoing work
- Inspection of work at completion
- Attendance of sampling and testing

c) **Reporting**

- Weekly Reporting
- Monthly Reporting
- Closeout Reporting
- Internal Reporting

d) **Meetings**

- Pre-construction meeting
- Initial site visit
- Periodic weekly progress meeting
- Monthly progress meeting





Certified to be a true and fair copy of the Original

Signature: ........................

Name: *Mohamed Tamir Sheikh*

Date: *21·09·2023*

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

- Technical meetings
- Consultant's staff meeting
- Management meeting

e) **Communication**

- Communication with the Project Manager/Client
- Communication with Contractor
- Communication with the Sub-consultants
- Communication with home office

f) **Financial**

- Monthly payment
- Contractor's request for variations
- Claims management



## CONSTRUCTION MONITORING CAMERAS

The Consultant shall oversee and manage the deployment of construction monitoring cameras onsite provided by the General Contractor, to provide maximum visual observations of the construction site. and shall improve cooperation between on and offsite Consultant team members, as well as cooperation with other parties, and also to provide a visual historical archive of the project.

## SITE SUPERVISION & MANAGEMENT

The Consultant shall establish the following four main core teams to be working together to perform the required technical, management and control services at all the times:

**Team A) Highly Experience Project Steering Committee**

**Team B) Technical Support Team**

**Team C) Construction /Constructability/Method/cost and Contract**

**Team D) On site Supervision team**

## THE CONSTRUCTION PROGRAMME & PLANNING

The total duration of the Project will be (48) months, the Contractor must confirm the same and it will be part of the Contractor's obligations.

Certified to be a true and fair copy of the Original

Signature: ..................

Name: Mohamed Aamir Sheikh

Date: 21·09-2023

**DLA Piper Middle East LLP**
P.O. Box: 121662, Dubai, UAE

The Consultant shall use the latest release of Oracle Primavera package provided by the General Contractor, as a planning and scheduling management system to cover the following:

## A. Project Master Programme of Works

1. The project master programme of works shall cover the project entire life cycle from inception to close out. The programme shall cover:

   a. Tendering Stage
   b. Construction Stage
   c. Testing Stage
   d. Soft Opening Stage
   e. Project Close out

2. The Master Programme shall cover the main scope of the project parties as per the overall procurement strategy that includes the different design packages construction packages, main nominated subcontractors and owner supplied items.

3. The Master Programme shall cover the different design packages and their integration together with the local authority's procedures in order to obtain the different NOCs and Building Permit.

4. Tendering Stage shall comply with the Project overall procurement strategy as stated above.

5. The construction activities shall be on a high summary level following the project procurement strategy.

## B. Contractor (s) Detailed Programme of Works

Contractor's detailed construction of work shall be submitted by the Contractor, the Consultant shall review and approved them. The Contractor's detailed construction of works shall include but not limited to the following elements:

a. Project Work Breakdown Structure that corresponds to the best practices.

b. Detailed Engineering Procurement, Construction and Testing and Commissioning Work activities that are interlinked by the necessary logical relationships.

c. Programme shall contain the necessary contractual milestones and different phase's milestones.

d. Programme shall clearly identify the Long Leader Items.

e. Programme shall identify the Client Supplied items.

f. Programme interface (Other Related Parties) shall be reviewed to make sure that proper coordination is considered.

- 32 -

Certified to be a true and fair copy of the Original

Signature: ...............

Name: Mohamed Aamir Sheikh

Date: 21.09.2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

g. Programme shall be Cost Loaded.

h. Programme shall be Resource Loaded.

i. The Contractor shall submit for approval the Progress Monitoring System that demonstrates how the contractor shall update the Programme of work and how the progress reports shall be prepared and submitted.

## THE PROJECT CONTROL & REPORTING SYSTEMS

The Project Controls Systems prepared by the Consultant shall be based on establishing the performance baselines monitoring, controlling and reporting.

This process shall outline as follow:

A.  **Establishing Baseline:**

B.  **Establishing Project Performance Monitoring System:**

C.  **Project Management Team Reporting**

D.  **Contractors Reporting**

## COST MANAGEMENT AND COST CONTROL

THE Consultant team shall be responsible of the following:

- Develop and submit complete Project cash flow projection, this cash flow shall consider all Project financials including the professional services, construction cost, local authorities, owner supplies items, defects liability and close out stage, the Consultant team shall update the Project overall cash flow to consider all actual costs, expected and contingencies.

-  Review and manage the process of progress payment for all Project Parties including the consultants and contractors in accordance with their conditions of the contracts and as their scope is progressing.

- Develop a change management system that will administer all the changes and identify the reasons for the change, the budget impact and the value added to the Project, the Change Management shall communicate all the necessary information with the relevant Parties to make sure that the change is required, authorized, correctly priced and its added values are recognized by the Client. the Change Management System shall make sure that no −authorized changes are executed on the Project.

- Develop cost report that identify the Project cost status with respect to the current budget, actual expenditures, current cost variances, and any other expected variances. The cost reports shall develop recommendations to deal with the current variances and the future expected variances, if any.

Certified to be a true and fair copy of the original

Signature:

Name: Mohamed Aamir Sheure

Date: 21.09.2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

## THE CONTRACT ADMINSTRATIONS

The Consultant team shall responsible for the following:

- Prepare the Conditions of the Contract for all Parties in accordance with the internationally accepted forms of contract and taking into consideration the local laws and the market wide accepted terms and conditions.

- Insure that all Parties' right and obligations are balanced and clearly identified in the Contract.

- Administer the submission of the Insurance/Warrantees/Guarantees and review the formats of the all in accordance with the requirements of the Contract.

- Administer all the changes, variations and cost adjustments in accordance with the project change management procedures and contract conditions.

- In case the Project is having cost claims or extension of time claims, The Consultant team shall administer them in accordance with the conditions of the Contract. Notices and Detailed Particulars shall be reviewed and responded to without delay.

- In the event that a dispute has occurred between the Project Parties, the PMT shall dispute resolution sessions in order to amicably solve the dispute to avoid any further procedures.

- Make sure that all obligations have been discharged and no future claims shall be expected.

## DOCUMENT CONTROL AND QUALITY CONTROL

Managing the Project Documentation

The Consultant shall use an online management system provided by the General Contractor which provides a secure and reliable system for managing project information of any size in construction, engineering, and facilities management.

Quality Control Management

The quality Control procedures prepared by the Consultant for the Project shall include:

## Quality Document

- Document records
- Document approval process
- Design review project
- Design approval process
- Archiving and numbering system
- Document process tracking system

Certified to be a true and fair copy of the Original

Signature:..........

Name: Mohamed Aamir Shekul

Date: 21·09·2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

## Quality of Work

1. Inspection and testing Plan (ITP)
2. Inspection Process & Approval
3. Inspection Records
4. Actual Work in Place approval & Records
5. Material Delivery & Records
6. Material Approval Process
7. Material off-site inspection
8. Material on-site inspection
9. Material completed inspection
10. Request for information's, process and approval
11. Request for information's, records
12. Testing process
13. Testing approvals
14. Testing Records
15. Billing and invoicing process
16. Billing approval
17. Billing records
18. Change Control Process & Authorizations



## THE HS&E

The Consultant shall responsible for the following:

- Monitor and ensure that the project has a safe and environmentally friendly atmosphere
- Ensure the Health, Safety and Environment Plans and procedures are implemented and strictly followed along the project life cycle.
- The Consultant shall plan, prepare and perform the internal auditing to ensure the implementation of the manual and procedures.
- The Consultant shall appoint a Site Safety Manager/officer responsible for overseeing the implementation of the HSE procedures by the General Contractor.

Site HS&E Manager:

The Site Safety Manager is responsible to;

1. Reviewing and approving the HSE Plans submitted for the Project by the contractor
2. Oversee safety instructions provided by the General Contractor for all employees
3. Periodically monitor the onsite activities on site and issue safety reports
4. Issue periodical notices and non-performance reports in case of any violation
5. Represents the Client in periodic meetings
6. Reporting on the HSE weekly and monthly performance.

The Contractor's Health and Safety plans to be overseen by the Consultant shall cover but not limited to the following:

Labor and Staff on-site Training
Establishing and supporting an educational and training programme designed to ensure a safe working environment.

Certified a true and fair copy of the Original

Signature: .................................

Name: Mohamed Tamir Elveuce 35

Date: 21 · 09 · 2023

**DLA Piper Middle East LLP**
P.O. Box: 121662, Dubai, UAE

### Protective Equipment
Assuring the availability and use of personal protective equipment(PPE)

### Traffic control plan
To insure that the contractor to work within the public way efficiently and effectively, while maintaining a safe , uniform flow of traffic control plan.

### Site Security
Providing Project Site Security.

### Visitor Control/Protection
Providing visitor control and hazard protection.

### Compliance with Regulations
Ensure compliance with the laws, ordinances, rules and regulations issued by state, local governmental agencies.

### Damage Avoidance
Planning and coordinating all work to avoid physical injury, property damage and loss of productive time.

### Detection & Correction
Establishing and maintaining a system for prompt detection and correction of unsafe practices and conditions.

### Inspection & Maintenance
Establishing and maintaining an effective and comprehensive system for inspection and maintenance of tool and equipment.

### Material Storage and Handling Equipments
Controlling the placement of materials received consistent.

### Fire Preventions and Protection
Providing fire protection in coordinating with local authorities.

### Investigations
Investigating accidents to determine cause and take the necessary corrective action.

### Signage and Alerts
The site must be provided with emergency, alerting and way finding signage.

### Emergency Plane
Plan of escape, emergency acts in case of fire, accident or damages, contact persons and first aid center.

## ENVIRONMENTAL

The Consultant shall commit to ensure application of the best possible procedures or precautions to eliminate the impacts on the environment.

Certified to be a true and fair copy of the Original

Signature: ........................................

Name: Mohamed Amir Stewr

Date: 21·09·2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE



The Consultant shall monitor the Contractor's activities during the construction period to ensure the following:

1. The Contractor is not wasting water.
2. The contract is using curing agents instead of water curing, by controlled consumption of the fresh water.
3. The contract is not wasting fuel
4. Maximize (where possible) the use of permanent power instead of Diesel generators.
5. The used materials are recycled.
6. The Contractor segregates the waste.
7. The Contractor minimizes the use of natural materials
8. The site is kept healthy and clean.



## Additional Services -

Additional Services are those services that are:

(a) additional to or a variation of the Normal Services set out in this Appendix 1; and

(b) are agreed between the parties and instructed pursuant to clause 4.3 of this Agreement



Certified to be a true and fair copy of the Original

Signature: ....................

Name: Mohammed Aamir Sheikh

Date: 21 . 09 . 2023

DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

# APPENDIX 2

## PESONNEL, EQUIPMENT, FACILITIES AND SERVICES OF OTHERS TO BE PROVIDED BY THE CLIENT

- Furnished Offices for Consultant's onsite team (upto 25 personnel) including usual office equipment (phones/laser printers, inkjet printers for various print sizes, etc.)
- Hardened tablets (iPads) for use with the Document Management System onsite (for Consultant's onsite engineers & inspectors)
- Transport means for Consultant's team
- Software licenses and support for Document Management System to be chosen by the Consultant in consultation with the Client
- Remote Monitoring Cameras as per Consultant's request (upto 20 cameras mixed between fixed and PTZ)
- High quality internet connection sufficient to support communication for (exact capacity will be calculated and provided to the Contractor during the RFP stage):
  - ✓ Consultant with client
  - ✓ Consultant with Contractor onsite
  - ✓ Consultant's onsite and offsite teams
  - ✓ Document Management System
  - ✓ Remote Monitoring cameras



# Appendix 3

REMUNERATIOAN AND PAYMENT

## Stage 1-Tendering Stage

### 1.1 Tender Stage Fees

The tender stage fees shall be lump sum of **376,200.00 US$** (IN WORDS **Three Hundred Seventy Six Thousand Two Hundred US Dollars.**

### 1.2 Invoicing and Payment

Payment on account of Services rendered shall be made at the date of issuance of letter of award to the successful contractor.

## Stage 2- Construction Stage

### 2. 1 Construction Stage fees

The Construction Stage fees is divided into two categories, refer to the attached staff utilization plan based on assumption of 48 months total duration of the Project.

Item 1
- a) Site management
- b) Construction management
- c) Administration Contract
- d) Cost Management
- e) Programme, Schedule time management
- f) On Ground Physical inspection and witnessing
- g) Health and Safety and Environmental management
- h) Quality Control

The Consultant fees is **16,746,498** US$ (the sum of subtotal 1,2 and 4 in the "Fees and Staff Utilization During Construction Stage" plan included at the end of this appendix.
(in words **Sixteen Million Seven Hundred Forty Six Thousand Four Hundred Ninety Eight US Dollars**).

Item 2
Technical support team including design managers, specialist and technical team.

The Consultant fees is **16,190,078,00** US$ (the sum of item 3 & 5 in the "Fees and Staff Utilization During Construction Stage" plan included at the end of this appendix.

(in words **Sixteen Million One Hundred Ninety Thousand Seventy Eight US Dollars**).

Certified to be a true and fair copy of the Original
Signature: ...............
Name: Mohannad Aamir Sheuch
Date: 21.09.2023
DLA Piper Middle East LLP
P.O. Box: 121662, Dubai, UAE

**2.2    Invoicing and Payment**

During the first week of each month, the Consultant will invoice the Client , for the staff deployments expended during the previous month . Payments shall be made monthly not later than thirty (30) days after the approval the invoice.

**2.3** The invoice shall proceed based on the actual attendance and time sheets of Consultant staff deployed to the site as per actual need of the Project after due consultation with the Client. public holidays are payable as normal working days. No deductions shall be made from the fees compensation for absence from site in weekends, public holidays and reduced hours during the holy month of Ramadan.

**2.4** The man month rate position shall be fixed for duration of the Contract as set in Staff Utilization Plan. If the main Contract duration is extended more than one year, then an escalation of 5% per year will be applied to the position rate.

**2.5** The Consultant fees will be inclusive of all direct and indirect costs and as per the explanations below. However, with the prior written approval of the Client , the Consultant shall be reimbursed by the Client for any justifiable direct costs and expenses which not specifically set forth herein , incurred by the Consultant in performing the services provided for this Project . Payments for reimbursable costs and expenses shall be made upon monthly presentation of the detailed supporting invoice.



Certified to be a true and fair copy of the Original

Signature: ...................................

Name: Mohamed Aamir Sheikh

Date: 21.09.2023

**DLA Piper Middle East LLP**
**P.O. Box: 121662, Dubai, UAE**

# Appendix 4
## Time Schedule for Services

1. The Tender Stage shall be from 1 to 3 months
2. The Construction Stage shall be 48 months





Certified to be a true and fair copy of the Original

Signature: ...................................

Name: Mohammed Tamir Sheuh

Date: 21·09·2023

**DLA Piper Middle East LLP**
P.O. Box: 121662, Dubai, UAE

**Fee and Staff Utilization During Construction Stage**

# MEINHARDT

| Staff Position | Rate | M | Total | | Total |
|---|---|---|---|---|---|

## Management & Technical Support

### Construction Management
| | | | | | Total |
|---|---|---|---|---|---|
| Construction Director | $38,280.00 | 17.50 | % | ... | 673,728 |
| | | | Rate % | ... | |
| Assistant Construction Director | $36,800.00 | 44.00 | % | ... | 1,355,200 |
| | | | Rate % | ... | |
| Project Control Manager | $79,520.00 | 26.40 | % | ... | 779,328 |
| | | | Rate % | ... | |
| Document Controller | $9,840.00 | 48.00 | % | ... | 472,320 |
| | | | Rate % | ... | |

### Cost and Contracts Management
| | | | | | Sub-total 1 |
|---|---|---|---|---|---|
| Contracts / Cost Director | $38,280.00 | 4.40 | % | ... | 168,432 |
| | | | Rate % | ... | |
| Cost Manager | $38,280.00 | 16.00 | % | ... | 612,480 |
| | | | Rate % | ... | |

### Technical Support Team
| | | | | | Sub-total 2 |
|---|---|---|---|---|---|
| Senior Technical Manager | $32,800.00 | 32.10 | % | ... | 1,052,880 |
| Architectural Team | $98,400.00 | 22.35 | % | ... | 2,199,240 |
| Civil / Structural Engineer Team | $90,200.00 | 22.30 | % | ... | 2,011,460 |
| Mechanical Engineer Team | $68,800.00 | 14.40 | % | ... | 991,872 |
| Electrical Engineer Team | $68,100.00 | 17.49 | % | ... | 1,190,512 |
| Lighting Engineer | $27,800.00 | 17.69 | % | ... | 351,288 |
| Sanitary Engineer Team | $50,640.00 | 17.90 | % | ... | 904,952 |
| IT & Communications Engineer Team | $68,880.00 | 16.50 | % | ... | 1,136,520 |
| Landscape Architect | $27,880.00 | 4.20 | % | ... | 117,096 |
| Document Controller/ Admin Assistant | $9,840.00 | 31.05 | % | ... | 305,532 |
| Project Coordinator | $36,080.00 | 30.10 | % | ... | 1,089,616 |
| Façade Engineering Team | $98,120.00 | 18.75 | % | ... | 1,783,500 |
| Miscellaneous Specialists | $123,000.00 | 12.75 | % | ... | 1,568,250 |
| **TOTAL** | | | | | **Sub-total 3** |

## Construction Management

### Construction Management
| | | | | | Total |
|---|---|---|---|---|---|
| Resident Engineer | $28,800.00 | 48.00 | % | ... | 1,382,400 |
| Assistant Resident Engineer | $26,400.00 | 46.00 | % | ... | 938,400 |
| QA / QC Manager | $24,000.00 | 42.00 | % | ... | 1,008,000 |
| HS & E Manager | $21,310.00 | 36.00 | % | ... | 765,000 |
| Document Controller | $5,400.00 | 48.00 | % | ... | 259,200 |

### Technical Support Team
| | | | | | |
|---|---|---|---|---|---|
| Senior Architect | $22,960.00 | 47.00 | % | ... | 1,079,120 |
| Senior Structural Engineer | $21,320.00 | 31.00 | % | ... | 660,920 |
| Senior Electrical Engineer | $21,320.00 | 40.00 | % | ... | 852,800 |
| Senior Mechanical Engineer | $21,320.00 | 40.00 | % | ... | 852,800 |

### Site Inspectors
| | | | | | |
|---|---|---|---|---|---|
| Architectural Engineer | $18,040.00 | 40.00 | % | ... | 721,600 |
| Civil / Structural Engineer | $18,040.00 | 41.00 | % | ... | 739,640 |
| Mechanical Engineer | $18,240.00 | 44.00 | % | ... | 793,760 |
| Electrical Engineer | $18,040.00 | 44.00 | % | ... | 793,760 |
| Lighting Engineer | $18,040.00 | 26.00 | % | ... | 469,040 |
| Sanitary Engineer | $18,040.00 | 37.00 | % | ... | 667,480 |
| IT & Communications Engineer | $18,040.00 | 23.00 | % | ... | 414,920 |
| Landscape Architect | $18,040.00 | 18.00 | % | ... | 324,720 |
| | | | | | **Sub-total 4** |

## Specialist Team

| | | | | | Total |
|---|---|---|---|---|---|
| Vertical Transport Systems | $14,400.00 | 13.50 | % | ... | 194,400 |
| Acoustics | $14,400.00 | 9.00 | % | ... | 129,600 |
| Sustainability | $14,400.00 | 0.00 | % | ... | — |
| Interior Design (Including FF&E) | $14,400.00 | 18.50 | % | ... | 266,400 |
| Security Integrator | $14,400.00 | 18.50 | % | ... | 266,400 |
| Façade Engineer | $14,400.00 | 24.00 | % | ... | 345,600 |
| Catering & Spaces Consultants | $14,400.00 | 4.00 | % | ... | 57,600 |
| Fire & Life Safety | $14,400.00 | 12.56 | % | ... | 180,800 |
| Signage & Graphics (Inc in 4 above) | $14,400.00 | 0.00 | % | ... | — |
| Vault System (Inc in 5 above) | $14,400.00 | 0.00 | % | ... | — |
| | | | | | **Sub-Total 5** |

**Total (Construction stage):** $ 32,936,576.00

Certified to be a true and fair copy of the Original

Signature: ...........

Name: *Mohamed Aamir Sheikh*

Date: 21·09·2023

**DLA Piper Middle East LLP**
P.O. Box: 121662, Dubai, UAE

البنك المركزي العراقي — قسم الشؤون القانونية — التصديق — ...

Central Bank of Iraq — Contracts Division — LEGAL AFFAIRS DEPARTMENT