# Exhibit 7

# Exhibit 7(a)

# CME

Ref:      KZ/CBI/0031

Date:     28 December 2018

To:       Mr. Ali Moussa
          Director of the contracts department
          Legal Office
          Central Bank of Iraq

Dear Sir,

**CONSTRUCTION OF THE NEW CBI HEADQUARTERS BUILDING**
**CME Monthly Invoice 012 – December 2018**

Please find attached our monthly invoice (CME-CBI-CS-INV-012) and our Summary Report for the month of December 2018.

Should you require any further clarification in regard to any aspect of this, please do not hesitate to contact the undersigned.

Kind Regards,

**Khaled Zaghloul**
*Construction Director*

Attachments:      CME Monthly Invoice 012 (CME-CBI-CS-INV-012)
                  Summary Report – December 2018

Page 1 of 1

# Exhibit 7(b)

[bilingual header]

Accounting Department

No: H S/11/3/9/*633*
Date: [illegible]/K 2 [January]/2019

**To: Trade Bank of Iraq/Credit Department**

**<u>Re: Release of Payment Amount</u>**

Dear Sir:

With reference to letter of credit No. ILCUSC1944618, opened for the benefit of the company CME Consulting for the Central Bank of Iraq New Building Project:

Please release a sum in the amount of USD 617,917 (six hundred seventeen thousand, nine hundred seventeen dollars), representing the twelfth payment from the second period of the contract for the provision of consulting services and supervision over the construction of the Bank's new building in Jadriyah, from the amount of the above credit to the Company's account with the corresponding bank identified in the letter of credit and provide us with notification thereof.

Sincerely,

| | | |
|---|---|---|
| [signature] | [signature] | [signature] |
| Shahlaa Falah Shaker | Anwar Abdul Hussein Ali | Ihsan Shamran Al Yasseri |
| Senior Director | Assistant Director General | Director General |
| *29*/K 2 [January]/2019 | *29*/K 2 [January]/2019 | *29*/K 2 [January]/2019 |

Cc:

- Management of the Central Bank of Iraq New Building Project, with appreciation.
- Legal Directorate / Contracts Department / Re: your memo No. 564/D on 29/1/2019, with appreciation.
- Internal Audit Directorate, with appreciation.

**CENTRAL BANK OF IRAQ**

جمهورية العراق

البنك المركزي العراقي

دائرة المحاسبة

O :

ate :

العدد : ح س/١١/٣/٩

التاريخ : /ك ٢ ٢٠١٩/٢

إلى/المصرف العراقي للتجارة/قسم الاعتمادات

<u>م/ إطلاق مبلغ دفعة</u>

تحية طيبة..

إشارة الى الاعتماد المستندي المرقم بالعدد ILCUSC1944618 والمفتوح لصالح شركة (CME) الاستشارية لمشروع المبنى الجديد للبنك المركزي العراقي.

يرجى إطلاق مبلغ وقدره (٦١٧٩١٧) دولار (ست مئة وسبعة عشر ألف وتسع مئة وسبعة عشر دولار) والذي يمثل الدفعة الثانية عشر من المرحلة الثانية من العقد الخاص بتقديم خدمات استشارية والاشراف على إنشاء البناية الجديدة للبنك في الجادرية من مبلغ الاعتماد أعلاه لحساب الشركة بموجب حسابهم بالبنك المراسل المثبت بالاعتماد المستندي وإعلامنا.

مــع التقديـــــر.

إحسان شمران الياسري

المدير العام

٢٠١٩/٢ ك/ ٩

أنور عبد الحسين علي

م.المدير العام

٢٠١٩/٢ ك/ ٩

شهلاء فلاح شاكر

مدير أقدم

٢٠١٩/٢ ك/ ٩

نسخة منه الى:

-إدارة مشروع المبنى الجديد للبنك المركزي العراقي. مع التقديـــــر.

-الدائرة القانونية/ قسم العقود/إشارة الى مذكرتكم المرقمة ٥٦٤/د في ٢٠١٩/١/٢٩ مع التقديـــــر.

-دائرة التدقيق الداخلي. مع التقديـــــر.



30 December 2025

To whom it may concern,

I, Timothy Friese, a professional translator with 12 years of translation experience, do hereby certify that I am professionally trained and vastly experienced in providing professional translations, from Arabic to English. My qualifications include a Master's Degree in Arabic Language, and certification by the American Translators Association; and I have professionally translated the document referenced as "Central Bank of Iraq Release of Funds Letter" from Arabic to English, faithfully, accurately and completely, to the best of my expertise and experience.

Yours sincerely,

*Timothy Friese*

_____

Timothy Friese

MA in Arabic, University of Michigan, ATA-certified Arabic to English Translator

London, UK | New York, NY | Washington DC | Houston, TX | San Francisco, CA | Hong Kong

# Exhibit 7(c)

DATE: 10 FEBRUARY, 2019

CARDNO ME LTD, LEAD CONSULTANT

INCUBATOR BUILDING,MASDAR CITY. SEE
P.O.BOX:145530, ABU DHABI, UAE
EMAIL: INFO(AT)CME.CONSULTING

TRN# :

## PAYMENT ADVICE / TAX INVOICE

| RE: | DRAWING REFERENCE | : | ENBDOB19003084 |
|-----|-------------------|---|----------------|
|     | YOUR REF.         | : | INV-012        |
|     | AMOUNT            | : | USD 641,992.00 |
|     | DRAWN UNDER L/C NO | : | ILCUSC1944618 |
|     | ISSUED BY         | : | TRADE BANK OF IRAQ |

NET AMOUNT RECEIVED                                    USD 615,445.34
NET AMOUNT AVAILABLE                                   USD 615,445.34
AMOUNT CREDITED TO YOUR ACCOUNT NO 1025192242902       USD 615,445.34
 VALUE DATE 10 FEBRUARY, 2019

OUR CHARGES, IF ANY, BREAKDOWN AS BELOW

|                        | CCY | Charges  | VAT Rate | VAT    | Total    |
|------------------------|-----|----------|----------|--------|----------|
| HANDLING COMMISSION    | USD | 802.49   | 5%       | 40.12  | 842.61   |
| EXCHANGE COMPENSATION  | USD | 1,538.61 | 5%       | 76.93  | 1,615.54 |
| **Total**              | **USD** | **2341.1** |      | **117.05** | **2458.15** |

AMOUNT DEBITED FROM YOUR ACCOUNT 1025192242902
VALUE DATE                                             USD 2,458.15
10 FEBRUARY, 2019

**EMIRATES NBD BANK PJSC TRN#**    100035307600003

SYSTEM GENERATED ADVICE - NO SIGNATURE REQUIRED

# Exhibit 7(d)

{1:F21EBILAEADAXXX7515366438}{4:{177:1902060910}{451:0}}

{1:F01EBILAEADAXXX7515366438}{2:O9100010190206CITIUS33EXXX21546734931902060910N}{3:{108:192060010190VR00}}{4:
:20:C0090370960001
:21:ILCUSC1944618
:25:36023618
:13D:1902060010-0500
:32A:190206USD615445,34
:50A:TRIQIQBA
:52D:/000400211254
TRADE BANK OF IRAQ
608 AL YARMOUK DISTRICT
STREET NO1 BUILDING NO 20
BAGHDAD IRAQ 12631-
:56A://CP0002
CHASUS33XXX
:72:/BNF/COVERING AMOUNT OF LC NO. ILCU
//SC1944618 THEIR REF NO.ENBDLA1800
//3164 OUR FPO/218425/19