February 11, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 888140654345

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | M.MUTHANA | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | BAGHDAD, |
| | | Delivery date: | Feb 10, 2026 16:00 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 888140654345 | Ship Date: | Jan 23, 2026 |
| | | Weight: | 4.85 LB/2.2 KG |

| Recipient: | Shipper: |
|---|---|
| BAGHDAD, IQ, | NEW YORK, NY, US, |

| Reference | 21927-00001 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx